Fill in this information to identify the case:

Debtor name: **Auto Masters, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC BIRMINGHAM<br>104 A.E. Moore Drive<br>P O Box 160<br>Moody, AL 35004 | | | | | | $440.00 |
| ABC Bowling Green<br>P O Box 51665<br>Bowling Green, KY 42102-6665 | | | | | | $320.00 |
| ADESA Birmingham<br>804 Sollie Drive<br>Moody, AL 35004 | | | | | | $1,274.00 |
| ADT<br>P O Box 371967<br>Pittsburgh, PA 15250-7967 | | | | | | $487.65 |
| AFLAC<br>1932 Wynntor Road<br>Columbus, GA 31999 | | | | | | $788.16 |
| Burr Forman LLP<br>Attn: Jay Price<br>3400 Wells Fargo Tower<br>420 North 20th Street<br>Birmingham, AL 35203 | | | | | | $24,118.87 |
| CliftonLarsonAllen LLP<br>600 Washington Avenue<br>Suite 1800<br>Saint Louis, MO 63101 | | | | | | $10,910.90 |

| Debtor | Auto Masters, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CS & A INS<br>CS&A - Franklin<br>P O Box 681209<br>Franklin, TN<br>37068-1209 | | | | | | $6,040.99 |
| Employers Preferred Ins. Co.<br>P O Box 53089<br>Phoenix, AZ<br>85072-3089 | | | | | | $1,785.25 |
| Fred Pryor Seminars<br>P O Box 219468<br>Kansas City, MO<br>64121-9468 | | | | | | $458.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA<br>19101-7346 | | | | | | $15,510.00 |
| Juan Diego Rodriguez | | | | | | $500.00 |
| LOOMIS<br>Dept. 0757<br>P O Box 12000<br>Dallas, TX<br>75312-0757 | | | | | | $1,588.42 |
| Manheim Nashville<br>Attn Richie Jacobs or Teresa Robinson<br>8400 Eastgate Blvd.<br>Mount Juliet, TN 37122 | | | | | | $850.00 |
| Mark's Mattress Outlet<br>3613 Nolensville Pike<br>Nashville, TN 37211 | | | | | | $3,256.36 |
| Metropolitan Trustee<br>Real Property Tax Dept.<br>P O Box 196358<br>Nashville, TN 37219-6358 | | | | | | $693.46 |
| Ovation Finance Holdings 2, LLC<br>805 Las Cimas Pkwy Suite 350<br>Austin, TX 78746 | | Commercial Paper | | $7,400,000.00 | $0.00 | $7,400,000.00 |

| Debtor | Auto Masters, LLC | | | Case number (if known) | |
|--------|---------|---------|---------|---------|---------|
| Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Symetra Life Insurance Company Select Benefit Administration PO Box 440 Ashland, WI 54806 | | | | | | $222.68 |
| Tennessee Department of Revenue PO Box 20207 Nashville, TN 37202-0207 | | | | | | $92,989.00 |
| US Bank P O Box 790408 Saint Louis, MO 63179-0408 | | | | | | $385.00 |